THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON LATSON, Appellant. [879 NYS2d 772]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered September 21, 2005. The judgment convicted defendant, upon his plea of guilty, of murder in the first degree and conspiracy in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN L. MYERS, Appellant. (Appeal No. 1.) [879 NYS2d 772]—Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered March 26, 2007. The judgment convicted defendant, upon his plea of guilty, of reckless endangerment in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN L. MYERS, Appellant. (Appeal No. 2.) [879 NYS2d 776]—Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered March 26, 2007. The judgment convicted defendant, upon his plea of guilty, of aggravated unlicensed operation of a motor vehicle in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.